**Order entered December 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00711-CV

**EHRING ENTERPRISES, INC. ET AL, Appellants**

**V.**

**RD MANAGEMENT CORPORATION, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-04770-B**

## ORDER

We **GRANT** appellee's December 11, 2013 second unopposed motion to extend time to file brief and **ORDER** the brief filed no later than January 7, 2014. Appellee is cautioned that no further extensions will be granted absent a showing of exceptional circumstances.

/s/    ELIZABETH LANG-MIERS
       JUSTICE